WESTERN NEW YORK & PENNSYLVANIA RAILWAY COMPANY, Appellant, *v.* CITY OF BUFFALO et al., Respondents.

Argued March 3, 1943; decided April 8, 1943.

*Percy R. Smith* and *Harold J. Adams* for appellant.

*Andrew P. Ronan, Corporation Counsel (Herbert A. Hickman* of counsel), for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.